**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **DANNY JOE GIPSON, #219629** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:11cv197** |
| **SHERIFF PRINCE, ET AL.** | § | |

## ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation (docket entry #13) concluding that the lawsuit should be dismissed. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the complaint is **DISMISSED** without prejudice. Fed. R. Civ. P. 41(b). All motions not previously ruled on are hereby **DENIED**.

It is SO ORDERED.

SIGNED this 9th day of April, 2012.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE